UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | HOWELL, Clayton | Docket No. | 1:17-CR-02004-LRS-1 |

**Petition for No Action on Conditions of Pretrial Supervision**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Clayton Howell, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge Mary K.Dimke in the Court at Yakima, Washington, on the 13th day of January 2017, under the following conditions:

**Special Condition #2:** Abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR  NO ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Diversion in the Eastern District of Washington by:

**Violation #1:** Consuming cough syrup containing alcohol on February 18, 2017.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   February 21, 2017

by:   s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

2/21/2017

Date