# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | HOWELL, Clayton | Docket No. | 1:17-CR-02004-LRS-1 |

**Petition for No Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Clayton Howell, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke in the Court at Yakima, Washington, on the 13th day of January 2017, under the following conditions:

**Special Condition #3:** Submit to random urinalysis and breathalyzer testing as directed by the United States Probation/Pretrial Services Office, to include carrying a device that will alert the defendant when he must give a breathalyzer test.

RESPECTFULLY PRESENTING PETITION FOR NO ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Not paying his $107 monthly fee for the Smart Start handheld alcohol testing device, therefore, being locked out and unable to submit to breathalyzer testing beginning August 21, 2017, until August 22, 2017.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 23, 2017

by: s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

8/23/2017

Date