PROB 12C
(6/16)

# United States District Court

## for the

### Eastern District of Washington

Report Date: September 21, 2018

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Clayton Johnlee Howell | Case Number: 0980 1:17CR02004-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 5, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in School Zone, 18 U.S.C. § 922(q)(2)(A) and 924(a)(1)(B) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: September 5, 2017 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: September 4, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On September 18, 2018, Mr. Howell was arrested by a deputy with the Lewis County Sheriffs's (LCS) Office for driving or being in actual physical control of a motor vehicle while under the influence of intoxicating liquor and/or drugs (DUI) and driving without required ignition lock.<br><br>Mr. Howell's conditions were reviewed with him on September 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 1, as noted above.<br><br>On September 18, 2018, a deputy with LCS made contact with Mr. Howell and arrested him for DUI. According to the deputies report for incident number 18C11368, Mr. Howell was in his vehicle asleep with his foot on the brake while the vehicle was running and in reverse gear. According to the report, Mr. Howell was visibly intoxicated with strong orders of intoxicants coming from his person. Mr. Howell was also visibly unbalanced and had slurred speech. |

Prob12C
Re: Howell, Clayton Johnlee
September 21, 2018
Page 2

2    **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about September 18, 2018, Mr. Howell consumed alcohol.

Mr. Howell's conditions were reviewed with him on September 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 6, as noted above.

On September 18, 2018, Mr. Howell was arrested for driving or being in actual physical control of a motor vehicle while under the influence of intoxicating liquor and/or drugs (DUI) and driving without required ignition lock. According to the report, Mr. Howell was visibly intoxicated with strong orders of intoxicants coming from his person. Mr. Howell was also visibly unbalanced and had slurred speech.

Mr. Howell's vehicle was impounded as a result of the arrest. According to the impound inventory sheet associated with incident number 18C11368, a box of Budweiser beer and several loose Budweiser beer cans were located in Mr. Howell's vehicle.

3    **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.

**Supporting Evidence**: On or about September 18, 2018, Mr. Howell left the Eastern District of Washington without permission from the Court or the probation officer.

Mr. Howell's conditions were reviewed with him on September 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 3, as noted above.

On September 18, 2018, Mr. Howell was arrested in Lewis County for driving or being in actual physical control of a motor vehicle while under the influence of intoxicating liquor and/or drugs (DUI) and driving without required ignition lock. He was transported to the Lewis County Jail where he currently resides. Mr. Howell did not seek permission from the Court nor the undersigned before leaving the district.

4    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On or about September 18, 2018, Mr. Howell possessed a hunting bow and arrows.

Prob12C
Re: Howell, Clayton Johnlee
September 21, 2018
Page 3

> Mr. Howell's conditions were reviewed with him on September 14, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 10, as noted above.
>
> On September 18, 2018, Mr. Howell was arrested in Lewis County for driving or being in actual physical control of a motor vehicle while under the influence of intoxicating liquor and/or drugs (DUI) and driving without required ignition lock.
>
> Mr. Howell's vehicle was impounded as a result of the arrest. According to the impound inventory sheet associated with incident number 18C11368, a hunting bow and arrows were located in Mr. Howell's vehicle.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/24/18
Date